1  Paul D. Turner, SBN 99174
   Law Office of Paul D. Turner
2  9625 Mission Gorge Rd., Ste B2-306
   Santee, CA 92101
3  Tel: (619) 231-2001
   Fax: (619) 231-2002

Attorney for VICTOR CERVANTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

(**Hon. John A. Houston**)

| UNITED STATES OF AMERICA, | CASE NO: 16 CR 0875-09-JAH |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF WITHDRAWAL OF WITDRAWAL OF DOCUMENT **486** (OBJECTIONS TO PSR) BY DEFENDANT VICTOR CERVANTES |
| VICTOR CERVANTES, | |
| Defendant. | |

Defendant. VICTOR CERVANTES, by and through counsel, Paul D. Turner, requests that the Court withdraw Document Number 486 and all attachments. Defendant acknowledges that admissible Court Documents have been provided that establish the predicate offenses under U.S.S.G § 4B1.1(a), and have been addressed in Defendant's Supplemental Sentencing Memorandum. The Objections are hereby withdrawn.

Respectfully submitted,

Date: May 9, 2017          */s/ Paul D. Turner*
                           Paul D. Turner
                           Attorney for Defendant, VICTOR CERVANTES