FILED

JUN 06 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff-Appellee,<br><br>　v.<br><br>VICTOR CERVANTES, AKA Tripps,<br><br>　　　　Defendant-Appellant. | No. 17-50183<br><br>D.C. No. 3:16-cr-00875-JAH<br>Southern District of California,<br>San Diego<br><br><br>ORDER |

　　Court records show that counsel Paul D. Turner, Esq., was appointed under the Criminal Justice Act to represent defendant before the district court. It appears that counsel has not been granted leave to withdraw by the district court or this court. Accordingly, the Clerk has entered counsel Paul D. Turner, Esq., on the docket as appointed counsel of record. *See* 9th Cir. R. 4-1(a).

　　Appointed counsel has the duty to ascertain whether the defendant wishes to appeal and to file a notice of appeal upon the defendant's request. *See id*. Counsel also has the duty to continue to represent the defendant on appeal until counsel is relieved by this court. *See id.* Therefore, even though defendant filed a pro se notice of appeal, counsel Turner remains responsible for prosecuting this appeal.

DL/AppComm Direct Criminal

If counsel wishes to withdraw, counsel must, within 21 days, file a motion in this court accompanied by a statement of reasons and proof of service on defendant showing defendant's current address and including: (1) a motion by appointed counsel to be relieved and for appointment of substitute counsel; or (2) a substitution of counsel showing that new counsel has been retained to represent defendant; or (3) a motion by defendant to proceed pro se; or (4) an affidavit or signed statement from defendant showing that defendant has been advised of defendant's rights with regard to the appeal and expressly stating that defendant wishes to dismiss the appeal voluntarily. *See* 9th Cir. R. 4-1(c).

In the absence of a motion to withdraw, the previously established briefing schedule shall remain in effect.

The Clerk shall serve this order on counsel and appellant individually at Reg. No. 56106-298, Metropolitan Detention Center, 808 Union Street, San Diego, California 92101-6078.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Don Lewis
Deputy Clerk
Ninth Circuit Rule 27-7